UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-22048-CIV-ALTONAGA/Goodman

**RAFAEL HERRERA**, *et al.*,

    Plaintiffs,

v.

**MATTRESS FIRM, INC.**, *et al.*,

    Defendants.

_____/

## ORDER

**THIS CAUSE** came before the Court upon the parties' Revised Motion for Approval [ECF No. 139], filed March 14, 2018.  The Motion seeks approval of the parties' Settlement Agreements [ECF Nos. 137-1 & 137-2].  When a private action is brought under the Fair Labor Standards Act, 29 U.S.C. sections 201 *et seq.*, as is the case with the instant action, the Court "may enter a stipulated judgment after scrutinizing the settlement for fairness." *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982).  Upon review of the record and the parties' basis for settlement of the FLSA case, the Court finds settlement of this action is fair and reasonable and the requested fee is fair and reasonable and not grossly excessive.  Being fully advised, it is

    **ORDERED AND ADJUDGED** as follows:

    1.    The Motion **[ECF No. 139]** is **GRANTED**.

    2.    The Settlement Agreements **[ECF No. 137-1 & 137-2]** between Plaintiffs, Rafael Herrera, Mauricio Altamirez, and Jose Diaz, and Defendants, Mattress Firm, Inc., Edwin V. Delivery Service Inc., and Edwin VIndas, which have been duly filed, are **APPROVED** as fair and reasonable resolutions of the parties' FLSA dispute.

CASE NO. 17-22048-CIV-ALTONAGA/Goodman

3. This case is **DISMISSED with prejudice**, and all pending motions are **DENIED as moot**.

4. Beyond the terms of the Settlement Agreements, the parties shall bear their own attorney's fees and costs.

5. The Court retains jurisdiction to enforce the terms of the Settlement Agreements.

**DONE AND ORDERED** in Miami, Florida, this 15th day of March, 2018.

*[signature]*

**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record